UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
TNT USA, INC.,

                           Plaintiff,                      **ORDER**
                                                                       CV 09-481 (JS)(ARL)

      -against-

DHL EXPRESS (USA), INC.,

                           Defendant.
-------------------------------------------------------------X
**LINDSAY, Magistrate Judge:**

     A conference in the above-captioned case has been scheduled for **Monday, November 22, 2010 at 3:30 p.m.**, to be held in Courtroom 814 in the United States Federal Courthouse in Central Islip. The purpose of the conference is to address the plaintiff's November 4, 2010 letter application and defendant's November 9, 2010 response.


Dated: Central Islip, New York                    **SO ORDERED:**
       November 10, 2010

                                                          _____/s_____
                                                           ARLENE ROSARIO LINDSAY
                                                           United States Magistrate Judge